IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06cr00349 SWW |
| | * | |
| | * | |
| | * | |
| KENNETH KILLINGSWORTH | * | |
| JOHNNIE CLEVELAND, | * | |
| | * | |
| Defendants. | * | |

DISMISSAL OF INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), and there being no indication of bad faith, *see United States v. Sprofera*, 299 F.3d 725 (8th Cir. 2002), the Court hereby grants leave of the United States to dismiss the above-styled indictment against the named defendants.

IT IS SO ORDERED this 1st day of October 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE